UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN LIMITED LIABILITY CO., et al.,<br><br>　　　　Defendants. | 1:15-cv-1035-LJO-MJS<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISAL OF DEFENDANT RYAN LIMITED LIABILITY CO.**<br>(Doc. 7) |

　　　　On August 7, 2015, Plaintiff filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 7 at 1. Plaintiff requests that the Court issue an order dismissing the complaint against Defendant Ryan Limited Liability Co. <u>only</u>.

　　　　Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES the complaint without prejudice against Defendant Ryan Limited Liability Co. <u>only</u>.

**IT IS SO ORDERED**
**Dated: August 11, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**