UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>7-ELEVEN INCORPORATED, dba, 7-Eleven Store #20298, RYAN LIMITED LIABILITY COMPANY, as an entity, adn dba 7-Eleven Store #20298, SACHDEVA PROPERTIES LIMITED LIABILITY COMPANY, DOES 1-10, inclusive,<br><br>　　　　Defendants. | No. 1:15-CV-1035-----MJS<br><br>**ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT**<br><br>**DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 60 DAYS**<br><br>**(ECF NO. 17)** |

　　　On October 14, 2015, Plaintiff, Cynthia Hopson, notified the Court that this matter had settled. The parties previously notified the Court that they consented to Magistrate Judge jurisdiction for all purposes. (ECF No. 15.)

　　　In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the Court orders that all dispositive documents be submitted within 60 days of the date of this Order. Any request for an extension of time to comply with this Order must be filed before expiration of the time set here and and include good cause for the alleged inability to comply.

　　　Failure to comply with this Order may be grounds for the imposition of sanctions.

1 | ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY
2 | VACATED.
3 |
4 | IT IS SO ORDERED.
5 | Dated:   October 14, 2015            /s/ *Michael J. Seng*
6 |                                UNITED STATES MAGISTRATE JUDGE