UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>7-ELEVEN INCORPORATED, dba, 7-Eleven Store #20298, RYAN LIMITED LIABILITY COMPANY, as an entity, adn dba 7-Eleven Store #20298, SACHDEVA PROPERTIES LIMITED LIABILITY COMPANY, DOES 1-10, inclusive,<br><br>        Defendants. | No. 1:15-CV-1035 DAD MJS<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE DISPOSITIVE DOCUMENTS AS DIRECTED BY PRIOR COURT ORDER**<br><br>**(ECF No. 18)** |

On October 14, 2015, Plaintiff, Cynthia Hopson, notified the Court that this matter had settled. (ECF No. 17.)

On the same date, October 14, 2015, the Court ordered that all dispositive documents be submitted within 60 days of the date of this Order pursuant to the provisions of Local Rule 160 (Fed. R. Civ. P. 16). The Court noted that any request for an extension of time to comply with this Order had to be filed before expiration of the time set and include good cause for the alleged inability to comply. Finally, the Court noted that failure to comply with the order could be grounds for the imposition of sanctions.

As of this date, over sixty (60) days have passed and the Court has not received

1

settlement documents as required by the October 14, 2015 order. Nor has the Court received a request for an extenstion of time of the filing deadline.

Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Plaintiff is HEREBY ORDERED to, within fourteen (14) days of service of this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply with a court order. Alternatively, the Court may discharge the order to show cause if Plaintiff files dispostive documents within fourteen days.

IT IS SO ORDERED.

Dated:   January 6, 2016          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE