UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON , <br><br> Plaintiff, <br><br> v. <br><br> 7-ELEVEN INCORPORATED, dba, 7-Eleven Store #20298, RYAN LIMITED LIABILITY COMPANY, as an entity, and dba 7-Eleven Store #20298, SACHDEVA PROPERTIES LIMITED LIABILITY COMPANY, DOES 1-10, inclusive, <br><br> Defendants. | No. 1:15-CV-01035-DAD-MJS <br><br> <u>ORDER DISMISSING ACTION AND CLOSING CASE</u> <br><br> (Doc. No. 21) |

On January 13, 2016, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees. (Doc. No. 21.) In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and

/////

/////

/////

/////

/////

/////

1

without an award of attorneys' fees and costs to either party.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated: **January 13, 2016**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE